IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | Case No. 3:20cr62 |
| ) | |
| **FRANCISCO EDGARDO PALACIOS** ) | |
| **ARIAS,** ) | |
| Defendant ) | |

## MR. PALACIOS EXHIBIT LIST

Francisco Edgardo Palacios Arias, through counsel, submits the following exhibit list for the motions hearing on October 6, 2020:

1. Ex. A-Immigration Committee Report The Eugenical Aspects of Deportation Feb. 21 1928

2. Ex. B-CR House 3614 Feb. 16 1929

3. Ex. C-CR House 5887 April 8 1924

4. Ex. D-CR House 2818 Feb 9 1928

5. Ex. E-CR House 2462 Feb 3 1928

6. Ex. F-Immigration Committee Report Jan 12 1926

7. Ex. G-Senate Report No. 1456 Making it a Felony with Penalty for Certain Aliens to Enter the United States under Certain Conditions in Violation of Law Jan. 17 1929

8. Ex. H-SR 5094 Jan 23 1929

9. Ex. I-House Report No. 2397 Deportation of Aliens Feb. 6 1929

10. Ex. J-CR House 3525 Feb. 15 1929

11. Ex. K-March 4 1929 law

12. Ex. L-translated judicial assessment

13. Ex. M--asylum application and attachments

14. Ex. N—immigration hearing transcripts

15. Ex. O—immigration judge decision

16. Ex. P--BIA appeal

17. Ex. Q-BIA decision

18. Ex. R-Leon CV

19. Ex. S-Hernandez affidavit

20. Ex. T-Truman veto statement

21. Ex. U-Cellar memo

                          Respectfully submitted,
            FRANCISCO EDGARDO PALACIOS ARIAS

By:          /s/_____
Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org